IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Eastern_____ DIVISION

UNITED STATES OF AMERICA    )
                            )
v                           )
                            )  CR. NO. 3:06 cr 031-W
Michael Smith               )
                            )

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Michael Smith__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

1/27/06
DATE

_Michael Smith_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT