COURTROOM DEPUTY'S MINUTES                        DATE: February 27, 2006

MIDDLE DISTRICT OF ALABAMA                  Digital Recording: 3:40 - 3:41

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**        **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:** 3:06cr31-WKW        **DEFENDANT(S)** Michael Smith

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Participating in plea negotiations
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial time - 1 ½ days

☐ **REMARKS:**