IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr31-WKW |
| | ) | |
| MICHAEL SMITH | ) | |

**ORDER ON MOTION**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 15), filed May 12, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

Accordingly, it is

ORDERED that CJA panel attorney Cracker Waldrop be appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 16th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE