IN THE DISTRICT COURT OF THE UNITED STATES ~RECEIVED~
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION          2006 MAY 17 A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO. 3:06-cr-00031-WKW |
| | * | |
| | * | |
| SMITH , MICHAEL | * | |

## NOTICE OF APPEARANCE FOR MICHAEL SMITH

The undersigned, Richard (Cracker) Waldrop, hereby gives notice to the parties of record and to the United States that he has been appointed to represent Michael Smith, pursuant to the Criminal Justice Act and requests service on behalf of Michael Smith directed to the undersigned at the address listed below.

_____
**Richard (Cracker) Waldrop**
**ASB-2398-L57R**

OF COUNSEL:
Richard (Cracker) Waldrop
ASB-2398-L-57R
P. O. Box 310027
Enterprise, AL  36331
(334) 393-2288
Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

John T. Harmon
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

Verne H. Speirs
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

by placing a copy of the same in the United States Mail properly addressed and postage prepaid this the 16th day of May, 2006.

_____
Of Counsel