IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAY 30 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | CR. NO.: 3:06-cr-00031-WKW |
| | ) | |
| MICHAEL SMITH, | ) | |

## MOTION TO WITHDRAW DEMAND FOR TRIAL AND MOTION TO CHANGE PLEA

Comes now the Defendant, by and through his Court Appointed Attorney, and moves this Honorable Court for an order allowing him to withdraw his demand for trial before a jury and allow him to change his plea to that of guilty on the charges of knowingly possess in and affecting commerce, a firearm, in violation of Title 18 United States Code, Section 922(g)(3), defendant having been convicted of a felony did knowingly possess in and affecting commerce a firearm in violation of Title 18, United States Code Section, 922(g)(1) and knowingly and intentionally, open, lease, rent, use or maintain a place for the purpose of manufacturing, distributing, and using metamphetamine, in violation of Title 21, United States Code Section 856(a)(1).

Defendant requests that his cases be removed from the Trial Docket set for June 26, 2006.

_____
Richard (Cracker) Waldrop
ASB-2398-L57R
Attorney for Defendant
P. O. Box 310027
Enterprise, Alabama 36331
(334) 393-2288

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

Verne Speirs
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101


by placing a copy of the same in the United States Mail properly addressed and postage prepaid this the 26th day of May, 2006.

_____
Of Counsel