IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06cr31-WKW |
| | ) | |
| MICHAEL SMITH | ) | |

## **ORDER**

Upon consideration of defendant's motion to withdraw demand for trial and motion to change plea filed May 30, 2006 (Doc. # 19), which the court construes as a notice of intent to change plea, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Accordingly, it is

ORDERED that the defendant, MICHAEL SMITH, appear with counsel before the undersigned Magistrate Judge on June 14, 2006 at 3:30 p.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 1st day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE