IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr31-W |
| | ) | |
| MICHAEL SMITH | ) | |

## MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on August 17, 24 and 31, 2006, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of August, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2006, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard Waldrop** and **Verne H. Speirs**.

                        Respectfully submitted,

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Post Office Box 197
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560