IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00031-WKW |
| | ) | |
| MICHAEL SMITH | ) | |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Motion to Add Publication Dates to Record (Doc. # 28), it is ORDERED that the motion is GRANTED. The Clerk is directed to docket the document attached to plaintiff's motion.

DONE this the 23rd day of August, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE