# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. KEITH WATKINS JUDGE                                    AT MONTGOMERY, ALABAMA

DATE COMMENCED   SEPTEMBER 8, 2006                          AT 9:40 A.M./P.M.

DATE COMPLETED   SEPTEMBER 8, 2006                          AT 9:50 A.M./P.M.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR NO. 3:06cr31-WKW |
| VS. | ) | |
| | ) | |
| MICHAEL SMITH | ) | |
| | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Verne Speirs | X | Atty Richard Waldrop |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Ann Roy | Jerusha Adams | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

### SENTENCING

| 9:40 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Court accepts plea agreement. No objections to PSR. **ORAL ORDER** granting [30] motion for downward departure. Sentence imposed. |
|---|---|
| 9:50 a.m. | Hearing concluded. |