MICHAEL SMITH # 187158
STATAON CORRECTIONAL FACILITY
P.O. BOX # 56
ELMORE AL, 36025

2006 SEP 15 A 10: 11

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
POST OFFICE BOX # 711
MONTGOMERY ALABAMA, 36101-0711
OFFICAL BUSINESS

3:06cr 31-WKW

Dear Clerk:

    I am writing you this letter letter in reason for a new Trial.

    My lawyer Cracker Waldrop asked for a change of plea. I never ask for that but a New Trial.

    I also would like to know when I will appear in court Etc.

Thanks,

*Michael Smith #187158*
MICHAEL SMITH # 187158