IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00031-WKW |
| | ) | |
| MICHAEL SMITH | ) | |

## **ORDER**

It is ORDERED that the government shall show cause **on or before October 18, 2006**, why the defendant's Motion for New Trial (Doc. # 33) should not be granted.

DONE this the 19th day of September, 2006.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE