IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00031-WKW |
| | ) | |
| MICHAEL SMITH | ) | |

## **ORDER**

It is ORDERED that the Court's September 19, 2006 Order (Doc. # 34) is VACATED. It is further ORDERED that counsel for the defendant, Cracker Waldrop, shall respond to the motion (Doc. # 33) on or before September 27, 2006.

DONE this the 21st day of September, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE