**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 3:06-cr-31W** |
| | ) | |
| **MICHAEL SMITH ,** | ) | |

## RESPONSE TO PRO SE MOTION FOR NEW TRIAL

On the 18th day of September, 2006, the undersigned received an email notice filed by Michael Smith, #187158, which appeared to be a Motion for New Trial.

The undersigned contacted the U.S. Marshall's Office and was advised that the Michael Smith, #187158, who apparently sent the New Trial Motion, is a black male, date of birth, September 24, 1977, and is currently an inmate at Staton Correctional Facility in Elmore County, Alabama.

The undersigned represents Michael Smith, white male, date of birth, September 20, 1970, the Defendant in the above styled matters. (See U.S. Probation office Report dated August 28, 2006, not attached)

Respectfully submitted, this the 22nd day of September, 2006.

s/Richard (Cracker) Waldrop
Richard (Cracker) Waldrop
Attorney at Law
ASB-2398-L57R
P. O. Box 310027
Enterprise, Alabama  36331
(334) 393-2288
Email: crackerwaldrop@alaweb.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

Verne Speirs
U.S. Attorney's Office
P. O. Box 197
Montgomery, AL 36101

This is the 22nd day of September, 2006.

Respectfully submitted,

/s/Richard (Cracker) Waldrop
Richard (Cracker) Waldrop
ASB-2398-L-57R
P. O. Box 310027
Enterprise, AL 36331
(334) 393-2288
Fax (334) 393-5559